# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154316

STEVEN CARTER,
      Plaintiff-Appellant,

v

SC: 154316
COA: 331883

GUS HARRISON CORRECTIONAL
FACILITY WARDEN,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the July 28, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

WILDER, J., did not participate because he was on the Court of Appeals panel.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2018

Clerk

a0226